IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOHN SWAIN, et al., | No. 2:25-CV-0469-DMC |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF TRINITY, et al., | |
| Defendants. | |

      Plaintiffs, who are proceeding with retained counsel, bring this civil action. The matter is set for an initial status/scheduling conference before the undersigned on July 16, 2025, at 10:00 a.m., via Zoom. On or before July 9, 2025, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

      IT IS SO ORDERED.

Dated: June 5, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE