IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOHN SWAIN, et al., | No. 2:25-CV-0469-DMC |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF TRINITY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is Plaintiffs' motion for leave to file a second amended complaint. See ECF No. 21. The matter is set for hearing before the undersigned in Redding, California, on January 7, 2026, at 10:00 a.m. Defendants have filed a timely Statement of Non-Opposition. See ECF No. 22. Plaintiffs' motion is not accompanied by a proposed second amended complaint as required under Eastern District of California local rules. Given Defendants' non-opposition to Plaintiffs' motion, and for the sake of expediency, the Court will grant Plaintiffs' motion despite lack of strict compliance with the local rules.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The hearing set for January 7, 2026, at 10:00 a.m., is VACATED.

2. Plaintiffs' unopposed motion for leave to file a second amended complaint, ECF No. 21, is GRANTED.

3. Plaintiffs shall file their second amended complaint on or before December 22, 2025.

Dated: December 18, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE