**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF JOHN SWAIN, et al., | No.  2:25-CV-0469-DMC |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF TRINITY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action.  No opposition to the pending motion for approval of minors' compromise has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for February 25, 2026, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated:  February 17, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1