Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:      (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail:         mark@markmerin.com
                paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF JOHN SWAIN,
L.S., J.S., and CONNIE SWAIN

Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Christopher E. Brumfiel (SBN 214866)
E-mail: cbrumfiel@bwslaw.com
Jackson D. Morgus (SBN 318453)
E-mail: jmorgus@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780 Fax: 510.839.9104

Attorneys for Defendants
COUNTY OF TRINITY, TRINITY COUNTY
SHERIFF'S OFFICE, TIM SAXON,
PETER BRAGA, MAX MUCKLOW,
MICHAEL COINER-WILSON, MICHAEL
WOODSON, WILLIAM GAFFNEY,
NICHOLAS ASLIN, TRINITY COUNTY
BEHAVIORAL HEALTH SERVICES,
and CONNIE SMITH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF JOHN SWAIN, et al., | Case No. 2:25-cv-00469-DMC |
| Plaintiffs, | **STIPULATION TO AMEND COURT ORDER; ORDER** |
| vs. | |
| COUNTY OF TRINITY, et al., | |
| Defendants. | |

## STIPULATION

The Estate of John Swain, L.S., J.S., and Connie Swain (collectively, "Plaintiffs") and the County of Trinity, Trinity County Sheriff's Office, Tim Saxon, Peter Braga, Max Mucklow, Michael Coiner-Wilson, Michael Woodson, William Gaffney, Nicholas Aslin, Trinity County Behavioral Health Services, and Connie Smith (collectively, "Defendants") stipulate as follows:

WHEREAS, on January 21, 2026, Plaintiffs filed a motion for minors' compromise, ECF No. 27;

WHEREAS, by February 17, 2026, Defendants did not oppose the motion, ECF No. 28;

WHEREAS, on April 3, 2026, the Court filed an Order granting the motion, ECF No. 29;

1

WHEREFORE, the parties have met-and-conferred and determined that an error was present in Plaintiffs' moving papers, which resulted in an error in the Court's order granting the motion. Specifically, in ECF No. 29, on page 10, at lines 9–11, the two references to "MetLife Assignment Company, Inc." should be replaced with "New York Life Insurance Company"; and

Now, THEREFORE, the parties STIPULATE that the Court should issue an order amending ECF No. 29, on page 10, at lines 9–11, to read as follows:

"a. $496,114.27 payable to **New York Life Insurance Company**, to fund the annuity for L.S.

b. $496,114.27 payable to **New York Life Insurance Company**, to fund the annuity for J.S."

IT IS SO STIPULATED.

Dated: April 7, 2026

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiffs
ESTATE OF JOHN SWAIN,
L.S., J.S., and CONNIE SWAIN

Dated: April 7, 2026

Respectfully Submitted,

*/s/ Gregory B. Thomas*
(as authorized on April 7, 2026)
By: _____
Gregory B. Thomas
Christopher E. Brumfiel
Jackson D. Morgus

Attorney for Defendants
COUNTY OF TRINITY, TRINITY COUNTY
SHERIFF'S OFFICE, TIM SAXON,
PETER BRAGA, MAX MUCKLOW,
MICHAEL COINER-WILSON, MICHAEL
WOODSON, WILLIAM GAFFNEY,
NICHOLAS ASLIN, TRINITY COUNTY
BEHAVIORAL HEALTH SERVICES,
and CONNIE SMITH

2

## ORDER

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

The Court's order, ECF No. 29, on page 10, at lines 9–11, is AMENDED to replace the two references to "MetLife Assignment Company, Inc." with "New York Life Insurance Company."

Accordingly, ECF No. 29, on page 10, at lines 9–11, is AMENDED to read as follows:

"a. $496,114.27 payable to **New York Life Insurance Company**, to fund the annuity for L.S.

b. $496,114.27 payable to **New York Life Insurance Company**, to fund the annuity for J.S."

IT IS SO ORDERED.

Dated:  April 8, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO AMEND COURT ORDER; ORDER**
*Estate of Swain v. County of Trinity*, United States District Court, Eastern District of California, Case No. 2:25-cv-00469-DMC